# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION     MDL No. 2672

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −2)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

by:_____
Deputy Clerk
Date: 12/18/2015

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION  MDL No. 2672

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 15−01785 | Gibson v. Volkswagen Group of America Inc et al |
| ALN | 5 | 15−01742 | Walls v. Volkswagen Group of America, Inc. et al |
| ALN | 5 | 15−01744 | Davis v. Volkswagen Group of America Inc et al |
| ALN | 5 | 15−01766 | Wallace v. Volkswagen Group of America Inc et al |
| ALN | 5 | 15−01800 | Wood v. Volkswagen Group of America Inc et al |
| ALN | 5 | 15−01807 | Crook v. Volkswagen Group of America Inc et al |
| ALN | 5 | 15−01811 | Shirley v. Volkswagen Group of America, Inc. et al |
| ALN | 5 | 15−01815 | Garcia et al v. Volkswagen Group of America, Inc. et al |
| ALN | 5 | 15−01816 | Wigley et al v. Volkswagen Group of America Inc |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 15−00508 | Helms v. Volkswagen Group of America, Inc. et al |
| ALS | 1 | 15−00509 | Stringer v. Volkswagen Group of America, Inc. et al |
| ARIZONA | | | |
| AZ | 4 | 15−00462 | Moyer v. Volkswagen Group of America Incorporated et al |
| AZ | 4 | 15−00532 | Gaskins et al v. Volkswagen Group of America Incorporated |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 15−00601 | Holton et al v Volkswagen Group of America Inc |
| ARE | 4 | 15−00696 | Shipley et al v. Landers Auto Group LLC et al |
| ARKANSAS WESTERN | | | |
| ARW | 2 | 15−02221 | Lamproe v. Volkswagen Group of America, Inc. et al |
| ARW | 5 | 15−05236 | Yousey et al v. Volkswagen Group of America, Inc et al |
| CALIFORNIA CENTRAL | | | |

| CAC | 2 | 15−07560 | Carly Studer et al v. Volkswagen Group of America, Inc. et al |
|---|---|---|---|
| CAC | 2 | 15−07563 | Ari Kalan v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 15−07564 | Mario Signore et al v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07566 | Ruth Jelkmann et al v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07570 | Gregg A. Klein v. Volkswagen Group of America Inc et al. |
| CAC | 2 | 15−07604 | Jess Hill et al v. Volkswagen of America, Inc. et al |
| CAC | 2 | 15−07605 | Young Kim et al v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−07615 | Jon McMillen et al v. Volkswagen AG et al |
| CAC | 2 | 15−07629 | Amy Bergrud v. Volkswagen Group of America Inc et al |
| CAC | 2 | 15−07637 | Christopher Rumpf v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07650 | Jason Miller et al v. Volkswagen Group of America Inc. et al. |
| CAC | 2 | 15−07655 | Marc Federman v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07688 | Victoria Genin v. Volkswagen Group of America Inc |
| CAC | 2 | 15−07716 | George Elder v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07741 | Nisa Aguilar et al v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 15−07962 | Gerardo Gomez et al v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 15−07997 | Alex Barkaloff v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−08016 | Cynthia Rios v. Volkswagen Group of America, Inc. |
| CAC | 2 | 15−08126 | Scott Weiss v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 15−08228 | Mark Corwin et al v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 15−08259 | Jennifer Rosales et al v. Vokswagen Group of America Inc et al |
| CAC | 2 | 15−08300 | Sun Jung et al v. Volkswagen Group of America Inc et al |
| CAC | 2 | 15−08327 | Cash Yi v. Volkswagen AG et al |
| CAC | 2 | 15−08699 | Miguel C Fernandez et al v. Volkswagen Group of America, Inc |
| CAC | 2 | 15−08720 | Chenggang Zhu et al v. Volkswagen Group of America, Inc |
| CAC | 2 | 15−08815 | Anela Kelani De Britz et al v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 15−08832 | Heidi Walas et al v. Volkswagen Group America Inc et al |
| ~~CAC~~ | ~~2~~ | ~~15−09125~~ | ~~Dennis Burden et al v. Volkswagen Group of America, Inc. et al~~ Opposed 12/17/15 |
| CAC | 2 | 15−09131 | Paul O Leary et al v. Volkswagen AG et al |
| CAC | 2 | 15−09132 | Gary Arabian v. Volkswagen Group of America, Inc., et al |
| CAC | 5 | 15−02024 | |

| | | | |
|---|---|---|---|
| | | | Mark S. Kornfeld et al v. Volkswagen Group of America |
| CAC | 5 | 15−02140 | Kristen Marks v. Volkswagen Group of America, Inc. |
| ~~CAC~~ | ~~5~~ | ~~15−02304~~ | ~~Larry Hopkins v. Volkswagen AG et al~~  Opposed 12/17/15 |
| CAC | 8 | 15−01554 | Jason Malig v. Volkswagen Group of America, Inc. et al |
| CAC | 8 | 15−01571 | Allen Davis v. Volkswagen Group of America Inc et al |
| CAC | 8 | 15−01736 | Rory Stewart v. Volkswagen Group of America., et al |
| CAC | 8 | 15−01923 | Eve Turner et al v. Volkswagen Group of America |
| ~~CAC~~ | ~~8~~ | ~~15−01942~~ | ~~Brad Barber v. Volkswagen Group of America Inc et al~~ |
| | | | Opposed 12/17/15 |